1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  STACEY P. GEIS (CSBN 181444)
   Assistant United States Attorneys
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7126
7     Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION  08  70085

12 
   UNITED STATES OF AMERICA,        )  CRIMINAL NO.
13                                   )
       Plaintiff,                    )                                MEJ
14                                   )  NOTICE OF PROCEEDINGS ON
       v.                            )  OUT-OF-DISTRICT CRIMINAL
15                                   )  WARRANT PURSUANT TO RULES
   DEVIN STEWART MCMAHON,            )  5(c)(2) AND (3) OF THE FEDERAL RULES
16                                   )  OF CRIMINAL PROCEDURE
                                     )
17     Defendant.                    )
                                     )
18  _____  )

19     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20  Procedure that on February 15, 2008, the above-named defendant was arrested by the United

21  States Marshall Service upon an arrest warrant (copy attached) issued upon an

22     ☐ Indictment

23     ☐ Information

24     ☐ Criminal Complaint

25     ☐ Other (describe) ___Pretrial Violation Notice_____

26  pending in the __Central__ District of __Utah__, Case Number _2: 07-00372 DB_.

27

28

                                        1

| | |
|---|---|
| 1 | In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code, |
| 2 | Section(s) 2252(a)(1) & 2252A . |
| 3 | Description of Charges:  Transportation and Possession of Child Pornography. |

Respectfully Submitted,
JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 2/15/08

*[signature]*
STACEY P. GEIS
Assistant U.S. Attorney

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

**Devin Stewart McMahan**

## WARRANT FOR ARREST

CASE NUMBER: 2:07-CR-00372-DB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **KEVIN STEWART MCMAHAN**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information
☐ Complaint  ☐ Order of court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Alleged Violation of Pretrial Release**

in violation of _____ United States Code.

D. Mark Jones
Name of Issuing Officer

[signature]
Signature of Issuing Officer

By:
Deputy Clerk

Clerk of Court
Title of Issuing Officer

February 12, 2008 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PS8 (1/05)

# United States District Court
## for the District of Utah

## Petition and Order for Action on Conditions of Pretrial Release

Name of Defendant: **Kevin Stewart McMahan**   Docket Number: **2:07-CR-00372-001**

Name of Judicial Officer: **Honorable Paul M. Warner, United States Magistrate Judge**

Date of Release: **June 5, 2007**

FILED
U.S. DISTRICT COURT
2008 FEB 12 A 9:03
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## PETITIONING THE COURT

[X]  To issue a warrant   1648 Chehalis Dr.
                          Petaluma, CA 94954

## CAUSE

The Pretrial Services officer believes the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about February 4, 2008, the defendant accessed the Internet for purposes other than work.

I declare under penalty of perjury that the foregoing is true and correct

Tom Ogden, United States Pretrial Services Officer
Date: February 12, 2008

## THE COURT ORDERS:

[X]  The issuance of a Warrant

[ ]  No action

[ ]  Other

Honorable Paul M. Warner
United States Magistrate Judge

Date: 2/12/08