UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

Office of the Clerk
U.S. District Court
District of Utah
350 S. Main St #301
Salt Lake City UT 84101

Case Name: USA v Devin Stewart Mcmahon
Case Number: 3:08-70085
Charges: 18: 2252(a)(1)  2252A

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Maria James The following action has been taken:

    (✗)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 40 affidavit
    original minute orders
    certified copy of AO 94, Commitment to Another District  Included

~~Please acknowledge receipt of the documents on the attached copy of this~~ letter and return ~~in the envelope provided.~~

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_signature_

Date: 2-28-08

CLERK, U.S. DISTRICT COURT

By